# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 07-3036**

**September Term, 2019**

**04cr00543-01**

**Filed On:** December 12, 2019

United States of America,

   Appellee

  v.

Charles E. Hall,

   Appellant

**BEFORE:** Ginsburg and Sentelle, Senior Circuit Judges

## O R D E R

Upon consideration of appellant's unopposed request to amend the opinion filed July 16, 2010, and to remand the case for resentencing, it is

**ORDERED** that the July 16, 2010 opinion in United States v. Hall, 613 F.3d 249 (D.C. Cir. 2010), be amended as follows:

(1) Page 251, first ¶, delete the last sentence of the first paragraph; and

(2) Page 257, Section VI, delete the last sentence of the opinion and the citation to United States v. Kearney, including the parenthetical; and

(3) Page 257, Section VI, first ¶, second sentence, after 1956(h) insert ", and remand the case to the district court for resentencing"

The Clerk is directed to issue the amended opinion and to amend the judgment issued July 16, 2010. The Clerk is further directed to issue the mandate forthwith.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY: /s/
       Daniel J. Reidy
       Deputy Clerk